UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KHUONG VINH CAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:18-cv-01057-LSC-TMP |
| ) | |
| JEFF B. SESSIONS et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This case is before the court on Respondents' Motion to Dismiss Petition as Moot, filed September 18, 2018. (Doc. 7). In the motion, Respondents note Petitioner was removed from the United States to Vietnam on September 13, 2018. (Doc. 7-1). Because Petitioner is no longer in custody, Respondents contend this case is due to be dismissed as moot.

On July 9, 2018, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Vietnam. (Doc. 1). Because Petitioner has been removed, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Soliman v. United States,* 296 F.3d 1237, 1242-43 (11th Cir. 2002) (once a habeas petitioner is no longer detained, "no order … requiring [his] release into the community awaiting his final removal

1

order could have any effect."). Accordingly, this matter is due to be dismissed.

*Khader v. Holder*, 843 F.Supp.2d 1202, 1202 (N.D.Ala. 2011).

A separate order will be entered.

**DONE** AND **ORDERED** ON SEPTEMBER 24, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704